UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PEGGY RENO

VERSUS

JESSIE JACKSON

CIVIL ACTION

NO. 08-670-A

## JUDGMENT

Considering the written reasons assigned and filed herein (doc. 33);

IT IS ORDERED ADJUDGED AND DECREED that judgment is entered in favor of defendant, Jessie Jackson, and against plaintiff, Peggy Reno, and this action is hereby dismissed with prejudice.

Baton Rouge, Louisiana, January 26, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA